UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Carlos Rodriguez*, et al.,

*Plaintiffs*,

v.

s
*WSAF, Inc.,* et al.,

*Defendants*.

Case No. 26-CV-2129 (KMK)

MOTION SCHEDULING ORDER

KENNETH M. KARAS, United States District Judge:

At the pre-motion conference on July 10, 2026, the Court adopted the following briefing schedule: Plaintiffs shall file their Motion for Conditional Certification of FLSA Collective Action by no later than August 28, 2026. Defendants shall file their response by no later than October 2, 2026. Plaintiffs shall file their reply by no later than October 16, 2026.

The Parties are also reminded that there is a strict page limit, which will be extended only in extreme circumstances. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED: July 10, 2026
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE